January 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOE GARZON, Appellant

NO. 14-11-00952-CV               V.

U.S. BANK NATIONAL ASSOCIATION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 17, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JOE GARZON.

We further order this decision certified below for observance.